IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:10CR268 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| VINCENT FRUSTACI, | ) | AGREED-UPON FINAL ORDER OF GARNISHMENT |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NICKLES BAKERY, | ) | |
| | ) | |
| Garnishee. | ) | |

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an answer on September 17, 2024, stating that at the time of service of the Writ, the Garnishee had possession or control of personal property belonging to and/or due to the Defendant, and that the Garnishee was indebted to the Defendant in the sum of $1,400 - $1,500 bi-weekly for wages.

Defendant was properly served with the Writ of Continuing Garnishment and notified of the right to a hearing. Defendant requested a hearing, but the Court issued a Report and Recommendation that Defendant's request be denied. ECF 54.

Defendant and the Government have conferred, and Defendant agrees to the entry of a Final Order of Garnishment and does not wish to make objections to the Report and Recommendation.

The Garnishee will pay the ordered funds to the U.S. Clerk of Courts, and mail to: U.S. Courthouse, 801 West Superior Avenue, Room 1-127, Cleveland, Ohio, 44113, and note the Court case number on each check to ensure the payments are properly credited to the Defendant.

Having considered the Application, Garnishee's Answer of Garnishment, and the parties' consent to this Final Order, the Court orders as follows:

IT IS ORDERED that the Garnishee shall pay within 15 days from the date of this Order the sum of fifteen (15) percent of the Defendant's disposable earnings [as defined in 28 U.S.C. §3002(5)] (less any Court ordered child support or alimony payments) which was reported in the Garnishee's Answer from and after September 17, 2024, to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further order of this Court. For the avoidance of doubt, the Garnishee shall refund to Defendant any additional amount withheld pursuant to the Writ of Garnishment that is not ordered for payment to the Clerk of Courts.

| | |
|---|---|
|   10/4/2024   |   /s/ John R. Adams   |
| DATE | UNITED STATES DISTRICT JUDGE |